IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re<br><br>ARMAOS PROPERTY HOLDINGS, LLC and OLYMPIC HOTEL CORPORATION,<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-20134 JJT<br>Case No.: 19-20135 JJT<br>Jointly Administered Under<br>Case No. 19-20134 JJT |

FILED
2019 APR -5 P 2:47

## MOTION FOR ADMISSION OF DAVID S. CATUOGNO *PRO HAC VICE*

Pursuant to L. Civ. R. 83.1(d), made applicable to bankruptcy cases by D. Conn. LBR 1001-1(b), Ilan Markus, Esq. ("Movant"), a member of the Bar of this Court, respectfully moves for the admission of David S. Catuogno, Esq. to this Court *pro hac vice*, to represent the interests of Baymont Franchise Systems, Inc., in the above-captioned Chapter 11 cases.

In support of this Motion, Movant states the following:

1. Attorney Catuogno is an attorney at the law firm of K&L Gates LLP.

2. Attorney Catuogno's office address is One Newark Center, 10th Floor, Newark, NJ 07102. His telephone number is 973-848-4023. His fax number is 973-848-4001. His email address is David.Catuogno@klgates.com.

3. Attorney Catuogno is a member in good standing of the bar of the State of New Jersey (Bar #04051190). Attorney Catuogno is also admitted to practice before the United States District and Bankruptcy Courts for the District of

New Jersey, the United States District Court for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Third Circuit.

4. Attorney Catuogno has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. Attorney Catuogno has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. The undersigned is advised that Attorney Catuogno has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Attorney Catuogno, pursuant to L. Civ. P.R. 83.1(d)(1), designates the undersigned, Ilan Markus, Esq., as the attorney sponsoring his application *pro hac vice*, as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

8. In further support of this Motion, Movant attaches hereto the Affidavit of David S. Catuogno and represents that a Certificate of Good Standing from the State of New Jersey can be filed promptly after this motion is granted.

9. Payment of the $75.00 fee required by Local Rule 83.1(d)(3) accompanies this motion.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion for admission of David S. Catuogno *pro hac vice* and grant such other and further relief as this Court deems just and proper.

Dated:   4/5/2019            LeClairRyan PLLC

By: */s/ Ilan Markus*
   Ilan Markus, Esq.
   LeClairRyan PLLC
   545 Long Wharf Drive, Ninth Floor
   New Haven, CT 06511
   203-672-3212
   203-672-3231 fax
   Ilan.markus@leclairryan.com

## Certification

I hereby certify that on April 5, 2019 the Motion for Admission of David S. Catuogno, *Pro Hac Vice*, Affidavit and proposed order was filed and served by electronic mail to the following parties.

Elizabeth J. Austin   eaustin@pullcom.com, rmccoy@pullcom.com

Raymond L. Baribeault   rbaribeault@sswbgg.com, r64927@notify.bestcase.com

James Berman   jberman@zeislaw.com, kjoseph@zeislaw.com

Daniel M. Eliades   Daniel.eliades@klgates.com

Irve J. Goldman   igoldman@pullcom.com, rmccoy@pullcom.com

Patrick R. Linsey   plinsey@zeislaw.com, Kjoseph@zeislaw.com

U. S. Trustee   USTPRegion02.NH.ECF@USDOJ.GOV

/s/ *Ilan Markus, Esq.*
Ilan Markus, Esq.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re<br><br>ARMAOS PROPERTY HOLDINGS, LLC and OLYMPIC HOTEL CORPORATION,<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-20134 JJT<br>Case No.: 19-20135 JJT<br>Jointly Administered Under<br>Case No. 19-20134 JJT |

## ORDER ADMITTING DAVID S. CATUOGNO PRO HAC VICE

Upon the Motion to Admit David S. Catuogno *Pro Hac Vice,* filed by Ilan Markus, Esq., and the accompanying Affidavit of David S. Catuogno, of K&L Gates LLP, and good cause appearing therefor, it is hereby

**ORDERED** that David S. Catuogno, of K&L Gates LLP, is admitted to practice before this Court, *pro hac vice,* to represent Baymont Franchise Systems, Inc. in this case and in any matter before this Court filed in or pertaining to this case.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re<br><br>ARMAOS PROPERTY HOLDINGS, LLC and OLYMPIC HOTEL CORPORATION,<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-20134 JJT<br>Case No.: 19-20135 JJT<br>Jointly Administered Under<br>Case No. 19-20134 JJT |

## AFFIDAVIT OF DAVID S. CATUOGNO

I, David S. Catuogno, being duly sworn according to law, hereby depose and say the following:

1. I am over eighteen years of age and understand the obligations of an oath.

2. I am an attorney with the law firm of K&L Gates LLP with an office at One Newark Center, 10th Floor, Newark, NJ 07102. My telephone number is 973-848-4023, my fax number is 973-848-4001 and my email address is david.catuogno@klgates.com.

3. I make this affidavit pursuant to L. Civ. P.R. 83.1(d), and seek admission *pro hac vice* in the above-captioned Chapter 11 cases to represent Baymont Franchise Systems, Inc.

4. I am currently a member in good standing of the bar of the State of New Jersey (Bar #040511990). I am also admitted to practice before the United States District and Bankruptcy Courts for the District of New Jersey, the United States District Court for the Southern and Eastern Districts of New York and the

United States Court of Appeals for the Third Circuit (corresponding bar numbers not assigned).

5. I have never been disbarred, suspended or disciplined in any court and I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to hearing.

6. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

8. Pursuant to L. Civ. P. R. 83.1(d)(1), I designate Ilan Markus, Esq., the attorney sponsoring my application *pro hac vice*, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court.

9. I make this affidavit based on my own personal knowledge.

[Signature Page to Follow]

I declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

Executed this 4th day of April, 2019.

David S. Catuogno

Subscribed to and sworn to before
Me this 4th day of April, 2019.

Eileen Welsh
Notary Public

EILEEN M. WELSH
Notary Public, State of New Jersey
No. 2306137
Qualified in Somerset County
Commission Expires Oct. 6, 2023